## Stattin Brothers Furniture Company, Appellant, v. George F. Hauf and Josephine L. Hauf, Appellees.

### Gen. No. 44,939.

Earl K. Schiek, for appellant; Nicholas N. Stone, for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.

## William E. McDermott, Appellant, v. John D. Morton and Gerald J. Stefek, alias Jerry Stefek, Appellees.

### Gen. No. 45,045.

Joseph J. Sullivan, for appellant; McFarland, Morgan & Stearns, for appellees; Leonard W. Stearns, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.